**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:22cv60255**

LEVI TENNENHAUS and MENACHEM LIGHT,

      Plaintiffs,

v.

CENTURY SURETY COMPANY,

      Defendant,

_____/

## NOTICE OF REMOVAL

Defendant, CENTURY SURETY COMPANY ("Century"), by and through undersigned counsel, with full reservation of rights including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural, and venue defenses as well as defenses to the merit of this action, hereby files with this Court, pursuant to 28 U.S.C §1441 and §1446, a Notice of Removal to the Court of a civil action filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida as Case No: CACE-21-022552 in which Century has been named as Defendant, and states as follows:

1.      Plaintiffs, Levi Tennenhaus and Menachem Light, have filed an action in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida naming Century as Defendant.

2.      A copy of Plaintiffs' Complaint, which was served on Century on January 5, 2022, is attached hereto as **Exhibit "A"**.

3.	A complete copy of the state court file in Case No: CACE-21-022552 filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida is attached pursuant to 28 U.S.C §1446 as **Composite Exhibit "B"**.

4.	Levi Tennenhaus and Menachem Light are now and have at all times material been citizens of the State of Florida as they are residents of Broward County, Florida.  *See* Ex. A, ¶ 2. Thus, for purposes of diversity jurisdiction, Plaintiffs are citizens of the State of Florida as of the time of this filing. 28 U.S.C. § 1332(c)(1).

5.	Defendant, Century, is an Ohio corporation with its principal place of business in Michigan. Century is therefore deemed a citizen of Ohio and Michigan for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1). Accordingly, there is complete diversity of citizenship between Plaintiffs, citizens of Florida, and Century, a citizen of Ohio and Michigan.

6.	Plaintiffs' Complaint consists of a breach of contract claim against Century, arising from a property damage claim made by Plaintiffs under a commercial lines policy issued by Century to the Plaintiffs.  *See* Ex. A, generally.

7.	Plaintiffs' Complaint alleges that it is seeking in excess of $30,000.00, the threshold jurisdictional amount in Florida Circuit Court. In support of its claim, Plaintiffs submitted to Century a Sworn Statement in Proof of Loss claiming a net amount of $273,114.87 (the "SPOL"). The SPOL is attached hereto as **Exhibit "C"**. Thus, as evidenced by Plaintiffs' Complaint and the SPOL submitted to Century in support of Plaintiffs' claim, the amount in controversy as of the filing of this Notice is in excess of $75,000.00.

8.	This Court has original jurisdiction of this matter pursuant to 28 U.S.C §1332, as there is complete diversity of citizenship between the Plaintiffs and Defendant, and the amount in controversy exceeds $75,000. Removal of this matter is therefore proper under 28 U.S.C. §1441.

9.      The Defendant, Century, was served with the Complaint on January 5, 2022. Thus, the Notice of Removal is being filed within thirty (30) days of Century being served with a copy of the Plaintiffs' Complaint as required by 28 U.S.C §1446(b).

10.     Pursuant to 28 U.S.C §1446(d), a copy of the Petition and Notice of Removal is being properly filed with the Clerk of the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida and served on counsel for Plaintiffs.

11.     Because the property at issue which is the subject of the insurance claim and lawsuit is located in Hollywood, Florida which is in Broward County, Florida, and the Complaint was filed in Broward County, Florida, the Fort Lauderdale Division is the appropriate division for this case.

WHEREFORE, the Defendant, Century Surety Company, submits that this Notice and Petition for Removal be deemed good and sufficient, and that the aforesaid action be removed from the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, for further proceedings.

Dated: February 4, 2022

Respectfully submitted,

**SIMON, REED & SALAZAR, P.A.**

*/s/ Jennifer V. Ortega*
MICHAEL SIMON
Florida Bar No. 0062790
Two Datran Center - Suite 1209
9130 S. Dadeland Blvd.
Miami, Florida 33156
Tel.: (305) 670-0776
Fax: (305) 670-0731
Email: msimon@simonreedlaw.com
JENNIFER V. ORTEGA
Florida Bar No. 0028228
Email: jortega@simonreedlaw.com
*Counsel for Century Surety Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF on this 4th day of February, 2022.

By:  */s/ Jennifer V. Ortega*

## SERVICE LIST

Howard J. Levine, Esq.
Chaim Zev Fellig, Esq.
Levine & Fellig, P.A.
927 Lincoln Road, Suite 200
Miami Beach, Florida 33139
zfellig@levinefelliglaw.com
hlevine@levinefelliglaw.com