**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:22-cv-60255**

LEVI TENNENHAUS and MENACHEM LIGHT,

      Plaintiffs,

vs.

CENTURY SURETY COMPANY,

      Defendant.

                                    /

**PLAINTIFFS' DISCLOSURE STATEMENT**

Plaintiffs, LEVI TENNENHAUS and MENACHEM LIGHT, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statements, dated February 7, 2022 (DE-5), states:

1.      Each person that has or might have an interest in the outcome:

      a.  Plaintiff Levi Tennenhaus;

      b.  Plaintiff Menachem Light;

      c.  1025 N SOUTHLAKE DR LLC, a limited liability company whose sole members are the named plaintiffs;

      d.  FLORIDA HOLDING I LLC, a Delaware limited liability company whose sole members are the named plaintiffs;

      e.  Levine & Fellig, P.A.;

      f.  Century Surety Company;

2.      Each entity with publicly traded shares or debt potentially affected by the outcome:

None.

3.	Each additional entity likely to actively participate:

1025 N SOUTHLAKE DR LLC

4.	Identification of any parent corporation and any publicly held corporation owning 10% or more of the stock of 1025 N SOUTHLAKE DR LLC:

None.

**I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.**

___**/s/ Howard Levine**_____
Howard Levine, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2022, I electronically filed a true and correct copy of the foregoing Plaintiffs' Disclosure Statement with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, who will then contemporaneously effectuate electronic service upon MICHAEL SIMON, ESQ., and JENNIFER ORTEGA, ESQ., c/o SIMON, REED & SALAZAR, P.A. (Attorneys for Defendant), Two Datran Center - Suite 1209, 9130 S. Dadeland Blvd. Miami, Florida 33156 at their respective designated email addresses:  msimon@simonreedlaw.com and jortega@simonreedlaw.com.

Respectfully submitted,

___**/s/ Howard Levine**_____
Howard Levine, Esq.
Florida Bar No. 0075670
Levine & Fellig, P.A.
927 Lincoln Road
Suite 200
Miami Beach, Florida 33139
Tel:  (786) 899-0002
Fax: (305) 672-5305
HLevine@levinefelliglaw.com
ZFellig@levinefelliglaw.com
